IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DAVID LAMONT BELL, #1115935 | § |
| | § |
| V. | §   CIVIL ACTION NO. G-04-530 |
| | § |
| DOUG DRETKE, ET AL. | § |

## **FINAL JUDGMENT**

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 21st day of November, 2006.

_____
Samuel B. Kent
United States District Judge